## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 15th day of September, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manners indicated.

<u>**VIA U.S. MAIL**</u>

Kforce.com
Attn: Roger Hammond
101 East Palm Avenue
Tampa, FL  33605

_____
Mary E. Augustine, Esq. (No. 4477)

600472v1